UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Eugenio Reyes                         Case No. 20-13223-AJC
    Maideily Saraiba
        Debtor(s).                    Chapter 13
_____/

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Value and Notice of Hearing was sent to all parties on the attached service list on March 26, 2020.

Electronically: Nancy Neidich, Trustee

**CERTIFIED MAIL:**

**TD Retail Card Services**
c/o Gregory B. Braca, CEO
1000 MacArthur Blvd.
Mahwah, NJ 07430

**TD Bank, N.A. FDIC**
c/o Greg Braca, CEO
2035 Limestone Road
Wilmington, DE 19808

First Class Mail:

Debtor(s), Eugenio Reyes Maideily Saraiba
365 Linwood Drive
Miami Springs, FL 33166-4936

TD Retail Card Services
c/o Creditors Bankruptcy Serv.
P.O. Box 800849
Dallas, TX 75380

TD Retail Card Services
c/o M.D. Foote, Agent
15660 Dallas Parkway, Suite 300
Dallas, TX 75248

                         Respectfully Submitted:

                         **ROBERT SANCHEZ, P.A.**
                         Attorney for Debtor
                         355 West 49th Street
                         Hialeah, FL 33012
                         Tel. 305-687-8008

                         By:*/s/ Robert Sanchez*_____
                         Robert Sanchez, Esq., FBN#0442161