

ORDERED in the Southern District of Florida on February 26, 2021.

A. Jay Cristol, Judge
United States Bankruptcy Court
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Eugenio Reyes            Case No. 20-13223-AJC
       Maideily Saraiba

Chapter 13

       Debtor(s)    /

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIMS OF LVNV FUNDING, LLC / RESURGENT CAPITAL SERVICES

This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of LVNV Funding, LLC / Resurgent Capital Services [DE #_52___], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection to the following claim is sustained:

| Claim holder | Claims No. |
|---|---|
| LVNV Funding, / | 1-1 |
| Resurgent Capital Services | 2-1 |

Disposition: Both claims are stricken and disallowed.

###

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**
**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).